UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Chaukwuma E. Azubuko**

    v.                                           Civil No. 12-cv-165-PB

**James R. Muithead, et al.**


ORDER OF RECUSAL

    I hereby recuse myself from presiding in this case as I am a named defendant.  The case shall be assigned to another judge.

    SO ORDERED.

                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

April 30, 2012

cc:   Chuwuma E. Azubuko, pro se