**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Chukwuma E. Azubuko</u>

   v.                                          Civil No. 12-cv-165

<u>James R. Muirhead, et al.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from this case.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  April 30, 2012

cc:  Chukwumz E. Azubuko