```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF NEW HAMPSHIRE
```

Chukwuma E. Azubuko

    v.                       Civil No. 12-cv-00165-JL

James R. Muirhead, et al.

### ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

                                        /s/ Joe Laplante
                                        Joseph N. Laplante
                                        United States District Judge

Dated: April 30, 2012

cc:   Chukwuma E. Azubuko, pro se