UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chukwuma E. Azubuko

    v.                              Civil No. 12-cv-165

James R. Muirhead, et al.

O R D E R

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date: May 2, 2012

cc:   Chukwuma E. Azubuko, pro se