```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

Chukwuma E. Azubuko

    v.                                Civil No. 12-cv-165

James R. Muirhead, et al.


                                  O R D E R

     The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

     SO ORDERED.

                                                  _/s/ Joseph A. DiClerico, Jr._
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: May 2, 2012

cc:  Chukwuma E. Azubuko, pro se