UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Chukwuma E. Azubuko

     v.                               Case No. 12-cv-165

James R. Muirhead, et al.


## **ORDER OF RECUSAL**


I hereby recuse myself from presiding over this case.


**SO ORDERED.**


_____
Steven J. McAuliffe
United States District Judge

May 3, 2012

cc:  Chukwuma E. Azubuko, pro se