UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Chukwuma E. Azubuko</u>

        v.                 Civil No. 12-cv-165-MML

<u>James R. Muirhead, et al.</u>


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated June 6, 2012.

SO ORDERED.


**June 20, 2012**                 ***/s/Mary M. Lisi***
                                          Chief U.S. District Judge
                                          Mary M. Lisi


cc:    Chukwuma E. Azubuko