UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Chukwuma E. Azubuko</u>

      v.                                    Civil No. 12-cv-165-MML

<u>James R. Muirhead, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated June 6, 2012.

SO ORDERED.

**June 20, 2012**                          ***/s/Mary M. Lisi***
                                                     Chief U.S. District Judge
                                                     Mary M. Lisi

cc:     Chukwuma E. Azubuko